JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD RIZZOTTO and LINDA RIZZOTTO,<br>        Defendants. | Case No. 5:24-cv-00554-JGB-SP<br><br>**ENTRY OF JUDGMENT AND ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THE UNITED STATES' COMPLAINT AND INCORPORATE SETTLEMENT AGREEMENT INTO THE COURT'S JUDGMENT** |

Pursuant to the Stipulation to Dismiss the United States' Complaint And Incorporate Settlement Agreement Into the Court's Judgment ("Stipulation") filed by the Parties in this action on December 2, 2024, IT IS HEREBY ORDERED AND ADJUDGED THAT, pursuant to the terms of the Settlement Agreement ("Agreement") reached by the Parties, the United States' Complaint (ECF No. 1) is dismissed with prejudice and the Agreement attached to the Stipulation as Exhibit 1 is incorporated into and made part of this Judgment. This Court will retain continuing jurisdiction to enforce the terms of the Agreement consistent therewith.

Dated  December 4, 2024

_____

Honorable Jesus G. Bernal
United States District Judge